UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80077-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

FREDERICK DEAN,
    Defendant.

_____/

### *ORDER AMENDING THE JUDGMENT ORDER*

**THIS CAUSE** come before the court upon motion from the defendant for the court, under 18 U.S.C. Section 3582 (c)(2), to reduce the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. Section 994 (u). The motion having been granted by prior order, it is

**ORDERED** and **ADJUDGED**:

1. That portion of the sentence, imposed on February 24, 2006, committing the above named defendant to the custody of the United States Bureau of Prisons for a term of **110 months**, is hereby **amended** by reducing the term of imprisonment to **92 months**.

2. The Judgment Order shall be amended to read as follows:

> **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 92 months as to Count 1 of the Indictment.**

3. All remaining terms and conditions of the Judgment Order shall remain in effect.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __28__ day of May, 2008.

**copy furnished**:
AUSA Carolyn Bell
Federal Public Defender
Mr. Frederick Dean, *Pro Se*
United States Marshal Service
United States Probation Office
United States Bureau of Prisons

Daniel T. K. Hurley
United States District Judge